

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

In re:                              *

**RICHARD ERIC ZELIK**              *         Case No.  13-25710
    Debtor (s)                              Chapter 7
                                    *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
### FOR AUTHORITYTO SELL REAL PROPERTY

Upon consideration of the Motion of Charles R. Goldstein, the Chapter 7 Trustee, for the bankruptcy estate of Richard Eric Zelik (the "Debtor"), for Authority to Sell Real Property, as fully described in the Motion (the "Sale Motion"); and the Court having considered the Motion; and no previous motion for the relief requested therein having been made; and due and proper notice of the Motion having been given; without opposition, and it appearing that sufficient cause exists for granting the requested relief; and that the relief requested under the Motion is in the best interests of the Debtor's estate and creditors; it is hereby,

ORDERED that the Motion is approved; and it is further

ORDERED that the Trustee is authorized, to consummate the sale of the Real Property; and it is further

ORDERED that the Trustee is authorized and empowered to take all further action and execute such other documents as may be necessary or appropriate to effectuate the relief granted herein; and it is further

ORDERED that the Trustee is empowered to compensate Chris Traczyk as contemplated in the Motion, and it is further

ORDERED that pursuant to Rule 6004(h) and 7062 of the Federal Rules of Bankruptcy Procedure, this Order shall be immediately effective and enforceable upon entry; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF ORDER**

cc:

Charles R. Goldstein, Trustee
1 East Pratt Street, Suite 800
Baltimore, MD 21202

David I. Steinberg
8630 Fenton Street, Ste. 320
Silver Spring, MD 20910

Richard Eric Zelik
5016 Old Court Rd
Randallstown, MD 21133

Chris Traczyk
RE/MAX New Beginnings
1424 Sulphur Spring Rd.
Baltimore, Md. 21227

Imagine Capital, Inc.
c/o Neil Roseman
LeadProbe, Inc and Block M Investments, LLC
2905 Thornbrook Rd
Ellicott City, MD 21042